**Francis V. PEREZ and Hilda B. Perez, Petitioners,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 80–7191.**

United States Court of Appeals, Ninth Circuit.

Dec. 7, 1981.

Rehearing and Rehearing En Banc Denied May 19, 1982.

ORDER AMENDING OPINION

Before FARRIS and FERGUSON, Circuit Judges, and CRAIG,* District Judge.

The opinion filed April 23, 1981 (643 F.2d 640) is amended as follows: Delete the final paragraph on page 641, beginning "The failure of the Perezes . . ." in its entirety.

**Miguel TEJEDA–MATA, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 78–3651.**

United States Court of Appeals, Ninth Circuit.

Dec. 11, 1981.

ORDER

Before CHOY and FERGUSON, Circuit Judges, and BARTELS,* District Judge.

Appellant petitioned for a rehearing of this case and suggested that it be reheard en banc. By order filed on February 18, 1981, a majority of the full court ordered a rehearing en banc pursuant to this court's Rule 25, withdrawing the original three-judge panel assignment of this case.

By order filed on September 22, 1981, the en banc court returned this case to the original three-judge panel on the ground that the order of February 18, 1981 had been improvidently entered.

The three-judge panel now denies appellant's petition for rehearing and reinstates its majority opinion and dissenting opinion filed herein on August 29, 1980 and reported in 626 F.2d 721.

The mandate shall issue forthwith.

**Mary Grace PURGANAN, Appellant,**

v.

---

* Honorable Walter E. Craig, Senior United States District Judge for the District of Arizona, sitting by designation.

* The Honorable John R. Bartels, United States District Judge for the Eastern District of New York, sitting by designation.